FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 05, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>JAVIER MENDOZA,<br><br>                Defendant. | No. 1:20-CR-2014-SAB-3<br><br>**ORDER DENYING MOTION FOR RECONSIDERATION** |

Before the Court is Defendant's Motion for Reconsideration, ECF No. 210, and associated Motion to Expedite, ECF No. 211. Oral argument was held on October 4, 2021 in Yakima, Washington. Benjamin Seal appeared on behalf of the United States of America. Mike Lynch appeared on behalf of Defendant, who was present in the courtroom and in custody.

Having considered oral argument and the entire record, the Court declines to reconsider its order that Defendant shall remain in custody pending sentencing. The Court finds that any issues regarding drug and alcohol treatment may be addressed as a matter of sentencing on November 17, 2021.

//
//
//
//
//
//

**ORDER DENYING MOTION FOR RECONSIDERATION \* 1**

Accordingly, **IT IS HEREBY ORDERED**:

1. Defendant's Motion to Expedite, ECF No. 211, is **GRANTED**.

2. Defendant's Motion for Reconsideration, ECF No. 210, is **DENIED**.

**IT IS SO ORDERED.** The District Court Executive is directed to file this Order and provide copies to counsel **AND** the United States Probation Office.

**DATED** this 5th day of October 2021.



Stanley A. Bastian
Chief United States District Judge

**ORDER DENYING MOTION FOR RECONSIDERATION * 2**